**Justices**
KEN WISE
KEVIN JEWELL
RANDY WILSON
BRAD HART
TONYA MCLAUGHLIN
CHAD BRIDGES
KATY BOATMAN
MARITZA M. ANTÚ

**Chief Justice**
TRACY CHRISTOPHER

**Clerk**
DEBORAH M. YOUNG, CLERK OF THE COURT
PHONE 713-274-2800



# Fourteenth Court of Appeals

301 Fannin, Suite 245
Houston, Texas 77002

> **FILED**
>
> August 6, 2025
>
> **Fifteenth Court of Appeals**
> **Christopher A. Prine**
> **Clerk of Court**

Wednesday, August 6, 2025

The Honorable Christopher A. Prine
Clerk of Court
Fifteenth Court of Appeals
William P. Clements Building
300 W. 15th Street, Suite 607
Austin, TX 78701

**\*DELIVERED VIA E-MAIL\***

RE:   Court of Appeals Number:   15-25-00113-CV
        Trial Court Case Number:   25-DCV-32889

Style: Pleasonton Housing Finance Corporation and the Board Members of the Pleasonton Housing Finance Corporation, In Their Official Capacities v. City of Missouri City, Texas & Sienna Parks & Levee Improvement District

Dear Mr. Prine:

        The Fifteenth Court of Appeals has requested transfer of this appeal to the Fourteenth Court of Appeals. *See* Tex. R. App. P. 27a(c). The Fourteenth Court of Appeals agrees to the proposed transfer. *See* Tex. R. App. P. 27a(c)(1)(C).

Sincerely,

*Tracy Christopher*

Tracy Christopher
Chief Justice

cc: The Honorable Deborah Young (DELIVERED VIA E-MAIL)